UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorney for BSI Financial Services as servicer for
U.S. Bank Trust National Association, as Trustee
of Bungalow Series F Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

Order Filed on May 14, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-30646

Chapter 13

Hearing Date: April 23, 2019

Judge: Jerrold N. Poslusny, Jr.

IN RE:

Sylvia Kett-Solotoff a/k/a
Sylvia Kett a/k/a
Sylvia Solotoff

Debtor(s)

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

DATED: May 14, 2019

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| Applicant: | BSI Financial Services |
|---|---|
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Mark S Cherry, Esq. |
| Property Involved("Collateral"): | 1522 Haddonfield-Berlin Road, Cherry Hill Township, NJ 08003 |

Relief sought:
- ✓ Motion for relief from the automatic stay
- Motion to dismiss
- Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   - The Debtor is overdue for **5** months, from **December 1, 2018** to **April 1, 2019**.

   - The Debtor is overdue for **5** payments at **$826.35** per month.

   - Less Funds held in debtor(s) suspense **($0.00).**

   Total Arrearages Due **$4,131.75**

2. Debtor must cure all post-petition arrearages, as follows:

   - Beginning on **May 1, 2019**, regular monthly mortgage payments shall continue to be made in the amount of **$826.35** or in accordance with terms of the Note, Mortgage or any future payment change notices.

   - The amount of **$4,131.75** shall be capitalized in the debtor's Modified Chapter 13 plan.

3. Payments to the Secured Creditor shall be made to the following address(es):

   - ✓ Regular monthly payment:   BSI Financial Services
     314 S. Franklin Street
     Titusville PA, 16354

In the event of Default:

   If the Debtors fail to make the immediate payment specified above or fail to make regular

monthly payments or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' Attorney.

    4.  Award of Attorney's Fees:

    ✓  The Applicant is awarded attorney's fees of <u>$350.00</u>, and costs of <u>$181.00</u>. The fees and costs are payable through the Chapter 13 plan.

The undersigned hereby consent to the form and entry of the foregoing order

_____
Mark S. Cherry, Esq.
*Attorney for Debtor*

/s/ Jonathan Schwalb, Esq.
Jonathan Schwalb, Esq.
*Attorney for Secured Creditor*