Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorneys for BSI Financial Services as Servicer for U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X
:
: CASE NO.: 18-30646
IN RE: :
: CHAPTER: 13
Sylvia Kett-Solotoff :
aka Sylvia Kett : HON. JUDGE.:
aka Sylvia Solotoff : Jerrold N. Poslusny Jr.
:
Debtors : HEARING DATE:
: April 7, 2020 at 10:00 AM
:
:
-----------------------------------------------------------------X

**<u>LIMITED OPPOSITION TO DEBTOR'S MOTION TO REINSTATE STAY</u>**

Jonathan Schwalb, an attorney admitted to practice before the United States Bankruptcy Court for the District of New Jersey, hereby affirms the following to be true under the penalty of perjury:

1. BSI Financial Services as Servicer for U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust (hereinafter "Secured Creditor"), by and through its attorneys, Friedman Vartolo LLP, submits this affirmation in response to the motion of Sylvia Kett-Solotoff (hereinafter "Debtor"), dated March 14, 2020, seeking to reinstate the stay as to the real property located at 1522 Haddonfield- Berlin Road, Cherry Hill Township, NJ 08003 (hereinafter "Property").

2. The Debtor filed a Chapter 13 Bankruptcy Petition on October 17, 2018.

3.  After the debtor's first default in payments, Secured Creditor filed a Motion for Relief from Stay on March 27, 2019 (Docket #42). Subsequently, Secured Creditor resolved the issues with the Debtor's attorney and an Order was entered on May 14, 2019 (Docket #46) resolving the Motion for Relief from Stay.

4.  After the debtor's second default in payments, Secured Creditor filed a Creditor's Certification of Default on September 10, 2019 (Docket #57). Subsequently, Secured Creditor resolved the issues with the Debtor's attorney and an Order was entered on October 18, 2019 (Docket #62) resolving the Creditor's Certification of Default.

5.  After the debtor's third default in payments, Secured Creditor filed a Creditor's Certification of Default on February 19, 2020 (Docket #66). No opposition was filed, and an Order was entered on March 5, 2020 (Docket #67) vacating the automatic stay with respect to the Property.

6.  As of the date of the filing of this limited opposition, according to Secured Creditor's records, the Debtor is currently due for 2 monthly payments (February 2020 – March 2020) x $942.81, less suspense of $826.35. The total amount past due is $1,059.27.

7.  Secured Creditor requests that any Order reinstating the automatic stay as to the Property only be entered if the Debtor brings their account current by April 7, 2020.

**WHEREFORE**, Secured Creditor respectfully requests that the Debtor's Motion be granted to the extent outlined above and for all other and further relief as is just and proper.

Dated: New York, NY
       March 16, 2020

By: /s/ Jonathan Schwalb
Jonathan Schwalb, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for BSI Financial Services as Servicer for
U.S. Bank Trust National Association, as Trustee of
Bungalow Series F Trust
85 Broad Street, Suite 501
New York, New York 10004
T: (212) 471-5100
F: (212) 471-5150

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>P: (212) 471-5100<br>Attorneys for BSI Financial Services as Servicer for U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust | Case No.: 18-30646<br><br>Chapter: 13 |
| In Re:<br><br>Sylvia Kett-Solotoff<br>aka Sylvia Kett<br>aka Sylvia Solotoff | Adv. No.:<br><br>Hearing Date: April 7, 2020 at 10:00 AM<br><br>Judge: Jerrold N. Poslusny Jr. |

## CERTIFICATION OF SERVICE

1. I, __Theodore Weber__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Jonathan Schwalb, Esq.__, who represents __BSI Financial Services__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __March 16, 2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   - Limited Opposition to Debtor's Motion to Reinstate Stay

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __March 16, 2020__                /s/ Theodore Weber
                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Sylvia Kett-Solotoff<br>aka Sylvia Kett<br>aka Sylvia Solotoff<br>1522 Berlin Rd<br>Cherry Hill, NJ 08003-3623 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mark S Cherry<br>Law Office of Mark S Cherry<br>385 Kings Highway North<br>Cherry Hill, NJ 08034 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2