UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
MARK S. CHERRY, ESQUIRE
385 KINGS HIGHWAY NORTH
CHERRY HILL, NJ  08034
PHONE:  (856) 667-1234

In Re:

SYLVIA KETT-SOLOTOFF

Order Filed on April 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:        18-30646

Chapter:         13

Hearing Date:    4/5/2020

Judge:           JNP

# ORDER GRANTING MOTION TO REINSTATE STAY

The relief set forth on the following page is **ORDERED**.

**DATED: April 14, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having reviewed the debtor's Motion to Reinstate the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is reinstated as to all creditors.

2. The debtor shall serve a copy of this order on the trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.